IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM CHRISTMAN,

        Petitioner,                  No. C 07-3654 WHA (PR)

  vs.                                 **ORDER OF DISMISSAL**

SUE HUBBARD,

        Respondent.
_____/

       This pro se habeas action was filed on July 17, 2007. On that same day the court notified petitioner that his application for leave to proceed in forma pauperis was deficient because he had provided neither a copy of his inmate trust account nor a certificate of funds in his inmate account. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the missing items within thirty days the case would be dismissed. Petitioner mailed back to the court the notice of deficiency and the documents included with it, but without curing the deficiency. The clerk re-mailed the notice and documents to petitioner, and he has not responded further. This case is therefore **DISMISSED** without prejudice. *See* 28 U.S.C. § 1915(a)(2) (requiring trust fund account statement). No fee is due. The clerk shall close this file.

     **IT IS SO ORDERED.**

Dated: September __18__, 2007.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\christman3654.dsifp.wpd