UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


WILLIAM CHRISTMAN,                         Case Number: CV07-03654 WHA

        Plaintiff,                         **CERTIFICATE OF SERVICE**

  v.

SUE HUBBARD et al,

        Defendant.

_____ /


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


William Christman
V-73229
California Medical Facility
PO Box 200
Vacaville, CA 95696

Dated: September 18, 2007

                             Richard W. Wieking, Clerk
                             By: D. Toland, Deputy Clerk