UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHRISTMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUE HUBBARD,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV07-03654 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


William Christman
V-73229
California Medical Facility
PO Box 200
Vacaville, CA 95696

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102


Dated: September 11, 2008

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: D. Toland, Deputy Clerk